# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TRE' ANTHONY JAMES

NO. 2020 KW 1199

FEB 1 8 2021

---

In Re:    State of Louisiana, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 39,734.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT GRANTED.** There are six circumstances under which a defendant can be convicted of first degree rape. See La. R.S. 14:42(A). Even discounting the two circumstances noted in the district court's ruling, the victim's uncontroverted testimony established he resisted the act to the utmost, but his resistance was overcome by force. Thus, the defendant's conduct appears to meet at least one of the remaining circumstances for first degree rape. Furthermore, the court failed to identify any legal error regarding the jury verdict on count two. Therefore, the State's writ is granted, the ruling granting a new trial on both counts is reversed, the convictions on both counts are reinstated, and this case is remanded to the district court for sentencing on both counts.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

*a.s~*

---

DEPUTY CLERK OF COURT
FOR THE COURT